266 So.2d 442

**BOARD OF COMMISSIONERS OF the PORT OF NEW ORLEANS, an Agency of the State of Louisiana**

v.

**GYPSUM TRANSPORTATION, LIMITED, and Crescent Towing & Salvage Co., Inc.**

No. 52733.

Sept. 27, 1972.

Writ denied. Under the facts found by the Court of Appeal, the result is correct.

■

266 So.2d 443

**S. E. SPRIGGINS and Lonnie Mae Spriggins, wife of S. E. Spriggins**

v.

**BROADMOOR ESSO SERVICE CENTER et al.**

No. 52741.

Sept. 27, 1972.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.